UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

EVELYN JACKSON,

Docket No.: 08 cv 4852

Plaintiff(s)   STIPULATION

-against-

J.C. PENNEY CORPORATION, INC. D/B/A J.C. PENNEY CO.,

Defendant(s)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys for the respective parties in this matter that plaintiff's damages will be limited to $75,000 and that this matter may be remanded from United States District Court for the Southern District of the State of New York to Bronx County Supreme Court.

Dated: New York, New York
July 2, 2008

LAW OFFICES OF KEITH A. HAWTHORNE
Attorney for Plaintiff(s) EVELYN JACKSON
594 Grand Concourse, Suite One
Bronx, NY 10451

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS
Attorney for Defendant(s)
J.C. PENNEY CORPORATION, INC.
39 Broadway, Suite 950
New York, NY 10006
(212) 968-8300
File # 003776.000039

*Application granted. This matter is remanded to the Supreme Court, Bronx County, State of New York. Case closed.*

*So ordered.*

*[signature] USDJ*
*9/3/08*